**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph M. Gissinger<br>　　　　　　Debtor(s)<br><br>PHFA<br>　　　v.<br>Joseph M. Gissinger<br>　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 20-13220 AMC |

### ORDER

AND NOW, this ___ day of _____, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 7, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PHFA and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4253 Whiting Road Philadelphia, PA 19154.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 6, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

Joseph M. Gissinger
4253 Whiting Road
Philadelphia, PA 19154

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532