## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Joseph M. Gissinger | : | Chapter 13 |
| | : | Case No.: 20-13220-AMC |
|    Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

     I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: July 1, 2022                                  /s/ Brad J. Sadek, Esquire
                                                                   Brad J. Sadek, Esquire
                                                                   Sadek and Cooper Law Offices, LLC
                                                                   1315 Walnut Street, Suite 502
                                                                   Philadelphia, Pa 19107
                                                                   215-545-0008